JOHNNY L. GRIFFIN, III, Bar No. 118694
VICTORIA M. CIGANDA, Bar No. 215719
LAW OFFICES OF JOHNNY L. GRIFFIN, III
1010 F. Street, Suite 200
Sacramento, CA  95814
Telephone:   916.444.5557

Attorneys for Plaintiff
VIKTORIA RUGGIERO

ALAN S. LEVINS, Bar No. 57612
ADAM J. PETERS, Bar No. 230812
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940

Attorneys for Defendant
PENINSULA JEWISH COMMUNITY CENTER

ROBERT D. LINKS, Bar No. 61914
BERGER, NADEL & VANNELLI
650 California Street, 25th Floor
San Francisco, CA  91408
Telephone:   415.362.1940

Attorney for Defendant
JOHN KENDRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTORIA RUGGIERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PENINSULA JEWISH COMMUNITY CENTER, a corporation; JOHN KENDRICK; and DOES I through XX, inclusive,<br><br>　　　　　Defendants. | Case No.  C 05 03744 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SELECTING ADR PROCESS** |

CASE NO. C 05 03744 MEJ　　　　1.　　　　STIPULATION AND [PROPOSED] ORDER RE-SELECTING ADR PROCESS

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case 3:05-cv-03744-MEJ   Document 19   Filed 03/10/06   Page 2 of 3

FROM : GRIFFIN LAW OFFICES          FAX NO. : 916 4445558          Mar. 06 2006 02:48PM P3
6-Mar-2006  10:48 AM     LITTLER MENDELSON P     14159562353                    3/4

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, and in substitution of court-
3  appointed mediation as previously agreed to between Plaintiff and Defendant Peninsula Jewish
4  Community Center, prior to the service of Defendant John Kendrick in this case:

5  The parties agree to remove from the calendar the previously assigned, court-
6  appointed mediation before Eileen E. Barker, and substitute court-appointed mediation with private
7  mediation before JAMS mediator, Hon. Rebecca Westerfield (Ret.). The parties have agreed to hold
8  the private mediation on April 6, 2006.

9  Dated: March 6, 2006

_____
VICTORIA M. CIGANDA
LAW OFFICES OF JOHNNY L. GRIFFIN, III
Attorneys for Plaintiff
VIKTORIA RUGGIERO

13  Dated: March 6, 2006

_____
ADAM J. PETERS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PENINSULA JEWISH COMMUNITY
CENTER

17  Dated: March 8, 2006

_____
ROBERT D. LINKS
BERGER, NADEL & VANNELLI
A Professional Corporation
Attorney for Defendant
JOHN KENDRICK

CASE NO. C 05 03744 MEJ          2.     STIPULATION AND [PROPOSED]
                                         ORDER RE-SELECTING ADR PROCESS

1  ~~[PROPOSED]~~ ORDER

2      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
3          Private Mediation
4      Deadline for ADR session
         90 days from the date of this order.

5  IT IS SO ORDERED.

6
7  Dated: March 10, 2006
       _____
8                                      MARIA-ELENA JAMES
                                       UNITED STATES MAGISTRATE JUDGE,
9
10 Firmwide:80723938.2 024281.1003



11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 05 03744 MEJ    3.    STIPULATION AND [PROPOSED]
ORDER RE-SELECTING ADR PROCESS