1  **LAW OFFICES JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (State Bar #118694)**
2  **VICTORIA M. CIGANDA (State Bar #215719)**
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4

5  Attorneys for Plaintiff
   VIKTORIA RUGGIERO
6
   **ALAN S. LEVINS, Bar No. 57612**
7  **ADAM J. PETERS, Bar No. 230812**
   **LITTLER MENDELSON**
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
10
   Attorneys for Defendant
11 PENINSULA JEWISH COMMUNITY CENTER

12
   **ROBERT D. LINKS, Bar No. 61914**
13 **BERGER, NADEL & VANELLI**
   650 California Street, 25th Floor
14 San Francisco, CA 91408
   Telephone: (415) 362-1940
15
   Attorney for Defendant
16 JOHN KENDRICK

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19

20 VIKTORIA RUGGIERO                    )  **Case No. C05-03744 MEJ**
                                        )
21         Plaintiff,                   )  **STIPULATION AND ORDER FOR**
                                        )  **DISMISSAL WITH PREJUDICE**
22    vs.                               )
                                        )
23 PENINSULA JEWISH COMMUNITY           )
   CENTER, a corporation; JOHN KENDRICK;)
24 and DOES I through XX, inclusive,    )
                                        )
25         Defendants.                  )
                                        )

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** - 1         Law Offices of Johnny L. Griffin III
                                                                    1010 F Street, Suite 200
                                                                    Sacramento, CA 95814

1  Plaintiff Viktoria Ruggiero is represented by Victoria M. Ciganda of the Law Offices of
2  Johnny L. Griffin, III. Defendant Peninsula Jewish Community Center is represented by Adam
3  J. Peters of Littler Mendelson. Defendant John Kendrick is represented by Robert D. Links of
4  Berger, Nadel & Vannelli.

**IT IS HEREBY STIPULATED** by and between the parties to this action, by and through their designated counsel, that the action filed in the United States District Court for the Northern District of California, entitled *Viktoria Ruggiero v. Peninsula Jewish Community Center and John Kendrick, Case No. C 05 03744 MEJ*, be dismissed, in its entirety, without leave to amend and with prejudice, as to all Defendants. Each party shall bear its own attorney's fees and costs in connection with this action.

Dated: April 24, 2006        **LAW OFFICES OF JOHNNY L. GRIFFIN, III**

By:   /s/   Victoria M. Ciganda
        VICTORIA M. CIGANDA
        Attorney for VIKTORIA RUGGIERO

Dated: April 24, 2006        **LITTLER MENDELSON**

By:   /s/ Adam J. Peters
        As authorized on April 24, 2006
        ADAM J. PETERS
        Attorneys for Defendant PENINSULA
        JEWISH COMMUNITY CENTER

Dated: April 24, 2006        **BERGER, NADEL & VANNELLI**

By:   /s/ Robert D. Links
        As authorized on April 24, 2006
        ROBERT D. LINKS
        Attorney for Defendant
        JOHN KENDRICK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** - 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

**ORDER**

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: April 25, 2006



_____
HON. 
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** - 3

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814